UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

IN RE:                                                                  No. 3:16-bk-32749-SHB
**MEEK LESTER HICKS FDBA HICKS
CONSTRUCTION and DEBRAH TONNETTE
HICKS AKA DEBORAH STEVENS
502 S. MAIN STREET
KINGSLEY, IA 51028.5035
SOCIAL: XXX-XX-4277**

**Debtors**

**OCWEN LOAN SERVICING, LLC as
mortgage servicer for DEUTSCHE BANK
NATIONAL TRUST COMPANY, as Trustee for
SECURITIZED ASSET BACKED
RECEIVABLES LLC TRUST 2007-BR2,
MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2007-BR2**

      MOVANT

vs.

**MEEK LESTER HICKS FDBA HICKS
CONSTRUCTION and DEBRAH TONNETTE
HICKS AKA DEBORAH STEVENS** and
**Ann Mostoller, TRUSTEE**

**MOTION OF OCWEN LOAN SERVICING, LLC AS MORTGAGE SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-BR2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-BR2 FOR RELIEF FROM STAY AND ABANDONMENT OF PROPERTY BY THE TRUSTEE**

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

    Pursuant to Local Rule 9013-1(h), the court may consider this matter without further notice or hearing unless a party in interest files an objection. If you object to the relief requested in the pleading, you must file with the clerk of the court of the UNITED STATES BANKRUPTCY COURT,

NORTHERN DIVISION, and objection within 14 days of the date this paper was filed and serve a copy on the Movant's attorney: MACKIE WOLF ZIENTZ & MANN, P.C.. If you file and serve an objection within the time permitted, the court will schedule a hearing and you will be notified. If you do not oppose the granting of the relief requested in this paper the Court may grant the relief requested without further notice of hearing.

Comes Now, OCWEN LOAN SERVICING, LLC as mortgage servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-BR2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-BR2, hereafter "Movant", and moves this Court pursuant to § 554 (b) and Bankruptcy Rule 6007 (b) to require the Trustee to abandon the following described property and further to vacate the automatic stay pursuant to 11 U.S.C. § 362 and Bankruptcy Rule 4001 (a) (1) and to allow the Movant to obtain possession of said realty and to foreclose upon Movant's validly perfected lien. Pursuant to L.B.R. 4001-1(a) the following information is submitted:

Collateral: Realty Located at 2720 LILAC DRIVE NW, CLEVELAND, TN 37312 and secured by a Deed of Trust recorded as Instrument No. 06021683.

Approximate Payoff of Claim: $96,749.67

Value (estimate only): $100,000.00

The instrument securing this lien is attached as an exhibit to this Motion. The value of the collateral either does not exceed the amount of the lien or is inconsequential and burdensome to the estate. Cause exists to grant relief as the mortgage loan is delinquent being due for the payment installments of 08/01/2016.

PREMISE CONSIDERED, Movant prays for the following relief:

a. That Movant be granted relief from the automatic stay.

b. That the subject realty is abandoned from the estate.

c. That Rule 4001 does not apply to the Order granting this Motion, so that the Order shall be immediately effective.

d. That Movant be granted permission to contact the Debtor by telephone or written correspondence and, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, or other loan workout/loss mitigation agreement regarding said real property.

    Respectfully Submitted,

*/s/ Jerry A. Bridenbaugh*
Jerry A. Bridenbaugh, Bar No. 33829
Attorney for Ocwen Loan Servicing, LLC
MACKIE WOLF ZIENTZ & MANN, P.C.
5217 Maryland Way, Suite 404
Brentwood, TN 37027
(615) 238-3630
(615) 777-4517
jbridenbaugh@mwzmlaw.com

Case 3:16-bk-32749-SHB    Doc 44    Filed 12/22/16    Entered 12/22/16 12:21:48    Desc
Main Document    Page 4 of 4

## Certificate of Service

I, Jerry A. Bridenbaugh, on the 22nd of December, served the following with the foregoing Motion for Relief and proposed Order by U.S. Mail, postage prepaid or ECF:

Via Pre-Paid U.S. Mail:
**MEEK LESTER HICKS and DEBORAH TONNETTE HICKS aka DEBORAH STEVENS**
502 S. MAIN STREET
KINGSLEY, IA 51028-5035
Debtor(s)

Via ECF:
**Richard M. Mayer**
1111 Northshore Drive
Suite S-570
Knoxville, TN 37919
Attorney for Debtor(s)

Via ECF:
**Ann Mostoller**
136 South Illinois Ave.
Suite 104
Oak Ridge, TN 37830
Chapter 7 Trustee

Via ECF:
**United States Trustee**
800 Market Street, Suite 114
Howard H. Baker Jr. U.S. Courthouse
Knoxville, TN 37902

*/s/ Jerry A. Bridenbaugh*
Jerry A. Bridenbaugh