IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MEEK LESTER HICKS and | ) | Case No. 3:16-32749-SHB |
| DEBORAH TONNETTE HICKS | ) | |
| | ) | Chapter 7 |
| Debtors. | ) | |

NOTICE OF AMENDMENT

Come now the Debtors, by and through counsel, and pursuant to E.D. Tenn. LR 1007-1(b), does hereby give notice of the following amendment(s):

1. Amending Statement of Financial Affairs to add transfers.

**Dated: March 4, 2017**

/s/Richard M. Mayer
/s/John P. Newton, Jr.
Richard M. Mayer, #5534
John P. Newton, Jr., #010817
Attorneys at Law

Main Document      Page 2 of 2

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing Notice of Amendment has been served upon the following parties via U. S. Mail [postage prepaid], email, and/or Electronic Case Filing:

Tiffany Diiorio
Office of the U.S. Trustee

Ann Mostoller
Chapter 7 Trustee

/s/Richard M. Mayer
/s/John P. Newton, Jr.
Richard M. Mayer, #5534
John P. Newton, Jr., #010817
Attorneys at Law

**Dated: March 4, 2017**