**SO ORDERED.**
**SIGNED this 2nd day of May, 2017**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

IN RE:    HICKS, MEEK LESTER
          HICKS, DEBORAH TONNETTE

          DEBTOR(S)                    CASE NO. 3:16-bk-32749-SHB
                                       CHAPTER 7

ORDER AUTHORIZING EMPLOYMENT OF TRACEY VOUGHT WILLIAMS

Upon application of Ann Mostoller, Trustee, seeking authorization to employ Tracey Vought Williams and the law firm of Mostoller, Stulberg, Whitfield & Allen to act as attorneys for the estate and it appearing that Tracey Vought Williams and the law firm of Mostoller, Stulberg, Whitfield & Allen, its members and associates, do not hold or represent an interest adverse to the estate and are disinterested persons (other than being the Trustee or an employee of the Trustee's law firm) and that the employment is in the best interest of the estate and the economical administration thereof, it is ORDERED that Ann Mostoller, Trustee herein, is authorized to employ Tracey Vought Williams and the law firm of Mostoller, Stulberg, Whitfield & Allen of which she is a an associate, to act as attorneys for the Trustee and the estate to collect non-exempt

personal property, including but not limited to past due and future child support payments for aged out child, file all necessary legal documents, including but not limited to Motion for Turn Over Order, and such other legal work as may be necessary in the administration of the estate, with compensation to be paid in such amounts as may be allowed by the Court upon proper application or applications for compensation pursuant to §330 of the Bankruptcy Code.

###

APPROVED FOR ENTRY:

/s/ Tracey Vought Williams
Ann Mostoller, #001146
Tracey Vought Williams, #032785
Attorneys for Trustee
Mostoller, Stulberg, Whitfield & Allen
136 South Illinois Avenue, Suite 104
Oak Ridge, TN 37830
(865) 482-4466
twilliams@msw-law.com